UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ABASS KEITA,

                                 Plaintiff,

                – against –

NEW YORK CITY DEPARTMENT OF EDUCATION;
KIMBERLY SWANSON, in her Capacity as PRINCIPAL
OF LIFE SCIENCES SECONDARY SCHOOL and
INDIVIDUALLY; DEREK PREMO, in his Capacity as
ASSISTANT PRINCIPAL OF LIFE SCIENCES
SECONDARY SCHOOL and INDIVIDUALLY,

                                 Defendants.

**STIPULATION OF DISCONTINUANCE**

18-CV-03334 (JPO)

-------------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through the undersigned, that this, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is dismissed, with prejudice, and without costs to any party as against the other, and an order to that effect may be entered without further notice.

Dated:      New York, New York
               February 22, 2019

**GLASS & HOGROGIAN LLP**
Jordan Harlow
Attorney for Plaintiff
85 Broad Street, 18th Floor
New York, NY 10004
(212) 537-6859
jharlow@ghnylaw.com

By: _____
Jordan Harlow
Attorney for Plaintiff

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 356-3177
TKatims@law.nyc.gov

By: _____
Tova Katims
Assistant Corporation Counsel